UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00024

**United States of America**

v.

**Patrick Odell Session**

Before BARKER, *District Judge*

## ORDER

The court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and a recommendation on the guilty plea. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the information.

The parties have not objected to the magistrate judge's findings.

The court hereby **adopts** the magistrate judge's findings of fact and recommendation. The court reads the plea agreement to contain agreed Sentencing Guidelines calculations governed by Federal Rule of Criminal Procedure 11(c)(1)(C). The court **accepts** defendant's plea but **defers** acceptance of the plea agreement until after review of the presentence report pursuant to Rule 11(c)(3)(A).

In accordance with defendant's guilty plea, the court finds defendant Patrick Odell Session **guilty** of count one of the information, charging a violation of 18 U.S.C. § 922(g)(1) – felon in possession of a firearm.

*So ordered by the court on June 30, 2020.*

J. CAMPBELL BARKER
United States District Judge